**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GEORGE PASSANTINO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00724-BCW |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff George Passantino and Defendant Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 14th day of April 2023.

Respectfully submitted,

By: *_/s/ Derrick A. Pearce (w/permission)_*
Paul J. Taylor, Mo. # 72159
Derrick A. Pearce, MO # 42793
Kyle H. Sciolaro, #64568
BURNETTDRISKILL, Attorneys
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
P: (816) 883-4142
F: (816) 792-3634
ptaylor@burnettdriskill.com
ksciolaro@burnettdriskill.com
rmdriskill@burnettdriskill.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By: */s/ Iwana Rademaekers*
Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- and -

By: */s/ Dan S. Folluo*
Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

ATTORNEYS FOR DEFENDANT